Ritter *v.* Ritter, Appellant.

Argued

September 14, 1973. *John M. Eakin,* for appellant; *Thomas A. Beckley,* with him *Beckley & Grove,* for appellee.
 Order affirmed.
 SPAULDING, J., absent.